

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Kevin McNeil Sr.

_____
*Plaintiff*

v.

Skinner Tank Company

_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No.

**12 CV - 5 4 9 GKF**  PJC

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Skinner Tank Company
1001 W. Chicago St.
Yale, OK 74085

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tate Law Firm
510 N. Sheridan Road Suite A
Tulsa, OK 74115

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Phil Lombardi, Clerk

*CLERK OF COURT*

Date: ___**OCT  4 2012**___     _____
*Signature of Clerk or Deputy Clerk*