**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| KEVIN MCNEIL, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12-cv-549-GKF-PJC |
| ) | |
| SKINNER TANK COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the court *sua sponte* following the court's previous June 24, 2013 Order. The court permitted plaintiff's counsel, Ms. Jessika Tate to withdraw and required Ms. Tate "to serve a copy of this order on this plaintiff, and to file a return/notice of the service. (Doc. #19). No such filing has occurred.

WHEREFORE, Ms. Tate is ordered to file the return/notice of the required service by August 2, 2013.

DATED this 26th day of July, 2013.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT