## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

Kevin McNeil, Sr.,

                  Plaintiff(s),

vs.                                                                  Case Number: 12-cv-549-GKF-PJC
                                                                Proceeding: Show Cause Hearing
Skinner Tank Co.,                                                    Date: 8-15-2013
                  Defendant(s).                          Court Time: 2:40 - 2:45

**MINUTE SHEET**

Gregory K. Frizzell, U.S. Chief District Judge      H. Overton, Deputy Clerk      Brian Neil, Reporter

Counsel for Plaintiff: Not present or rep.

Counsel for Defendant:  Sean Kilian

Minutes:

Pltf counsel not present, a review of the docket sheet shows she did not get notice of pleadings 20, 21 & 22.  Court will have the docket sheet corrected so that Pltf counsel receives notice & will issue a new order in this case.