# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KEVIN MCNEIL, SR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 12-cv-549-GKF-PJC |
| SKINNER TANK COMPANY, | ) ) ) |
| Defendant. | ) |

## ORDER

This matter comes before the court *sua sponte* following the court's previous June 24, 2013 Order. The court permitted plaintiff's counsel, Ms. Jessika Tate to withdraw and required Ms. Tate "to serve a copy of this order on this plaintiff, and to file a return/notice of the service. (Doc. #19). No such filing has occurred.[1]

WHEREFORE, Ms. Tate is ordered to file the return/notice of the required service by August 20, 2013.

DATED this 16th day of August, 2013.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] It has come to the court's attention that Ms. Tate did not receive electronic notice of the court's July 26, 2013 Order (Doc. #20) or the court's August 12, 2013 Minute Order (Doc. #21) because she had been removed from the electronic notice list.