# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KEVIN MCNEIL, SR., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 12-cv-549-GKF-PJC |
| SKINNER TANK COMPANY, | ) |
| Defendant. | ) |

## ORDER

This matter comes before the court *sua sponte* insofar as this court has no evidence that plaintiff has been sent notice of this court's June 24, 2013 Order granting his former counsel's Motion to Withdraw as attorney of record.

The June 24 Order required plaintiff Kevin McNeil, Sr.:

> to have new counsel file an entry of appearance within 30 days of the date of this order or by July 24, 2013. In the alternative Mr. McNeil, Sr. shall file an entry of appearance *pro se* by July 24, 2013. Failure to comply with this order may result in dismissal of this case.

Because plaintiff's former counsel has not filed a proof of mailing of the June 24 Order to plaintiff, the court extends Mr. McNeil, Sr.'s deadline for having new counsel file an entry of appearance to September 23, 2013. In the alternative, Mr. McNeil, Sr. may file an entry of appearance *pro se* by September 23, 2013. Failure to comply with this order may result in dismissal of this case.

WHEREFORE, the court *sua sponte* orders Mr. McNeil, Sr. enter an appearance *pro se* or have new counsel file an entry of appearance by September 23, 2013, or face dismissal of this action.

IT IS FURTHER ORDERED that the Court Clerk shall mail this Order via first class mail, postage prepaid thereon, to Mr. Kevin McNeil, Sr. at the address provided by Ms. Tate in her Application to Withdraw as Attorney of Record:

Kevin McNeil, Sr.
4634 N. Boston Pl.
Tulsa, OK 74126

DATED this 23rd day of August, 2013.

_____
GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT